```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16206
   KENNETH J EARLS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-2544


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 09/05/2007 and was not confirmed.

   The case was dismissed without confirmation 12/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
HSBC MORTGAGE SERVICES   CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SERVICES   SECURED NOT I         .00           .00            .00
SAXON                    MORTGAGE ARRE     19677.61          .00            .00
SAXON MORTGAGE SERVICES  NOTICE ONLY     NOT FILED           .00            .00
TIMOTHY K LIOU           UNSEC W/INTER       315.46          .00            .00
STATE DISBURSEMENT UNIT  DSO ARREARS           .00           .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY       2,873.00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                          989.00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 989.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                              989.00
                    --------------       --------------
TOTALS                  989.00               989.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/26/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```